U.S. DISTRICT COURT, SOUTHERN DISTRICT OF WEST VIRGINIA
U.S. COURTHOUSE
P.O. BOX 2546
CHARLESTON, WV 25329

JAMES IRVIN TAYLOR #1140266 - Cell # C212
WALLENS RIDGE STATE PRISON
P.O. BOX 759
BIG STONE GAP, VA 24219

CIVIL ACTION 2:14-cv-19234
TAYLOR V. HOLLOWAY   JUNE 28th 2014
ACTUAL YEAR 2014

RECEIVED JUN 23 2014 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

FILED JUN 23 2014 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

I AM A FEDERAL GOVERMENT OFFICIAL HERE IN A PRISON IN THE STATE OF VIRGINIA. I HAVE A MURDER FOR HIRE ON MY HEAD FOR A VERY HIGH PRICE BY THE DEPT OF CORR., HERE IN VIRGINIA FROM MY EX-WIFE - MOTHER AND ALOT OF PEOPLE THEY KNOW TRYING TO HAVE ME KILLED. I HAVE 2 JURISDICTIONS THAT ARE HOLDING ME UNLAWFULLY. I HAVE BEEN UNDER EXTREME FUCKING TORTURE AT THE HANDS OF ILLEGALLY HIRED GUARDS FOR DAMN NEAR 6 YEARS. EVERYTHING SHOWS ON CAMERA AS THERE ARE CAMERAS EVERYWHERE. I GOT ARRESTED AUGUST 18th 2004 IN VA BEACH, VA IN A CONSENSUAL chat with 12 years old girl But it was on computer I drove to VA BEACH, VA to A meeting spot But didn't meet her I turned around and was leaving and got pulled by police cause of what I was driving. I was given 15 years for this After I testified on stand By A Judge named PATRICIA WEST. My PUBLIC DEFENDER WAS DANIEL GOODE. This is Bullshit case information Circuit court City of VA BEACH, VA - orig Criminal no 04-4067 (2) IN the circuit court for the City of RICHMOND, VA. Civil NO CL12-3164 and orig criminal No. F04-1157 and F04-1158 was misleads Represented By My Public Defender on a plea of 40 years w/ 20 suspended and all I did was Horsin around on my DAUGHTER DESTINY in the BATHROOM at my mothers. Cameras saw everything. OK DOWN TO THE Nitty Gritty. ON OR ABOUT MAY 10th 2008 my mother REGINA MARIE QUADE STARTED MAKING PAYMENTS TO NATIONAL LEGAL PROFESSIONAL ASSOCIATES IN CINCINNATI, OHIO 45242 - 11331 GROOMS ROAD Suite 1000 - (513) 247-0082 OR (513) 247-9580 (FAX) 1-860-663-7440. CASE MANAGER HUGH ROBINSON - 239-642-8598. this Company

(Page) 2

Did the research on my cases as Regina was making baby payment of $20-25 per month. I have documentation that this is a complicated matter. Right off of jump street I was given a lawyer named - Robert A. Ratliff at the Ratliff Legal Group 713 Dauphin Street Mobile, Alabama 36602 - (251) 438-2250. Regina Quade made a huge payment to him and he came off of case stating all he is doing now is federal immigration cases. He in-turn turned all monies in account for representation towards another attorneys' account in Covington, KY. Then she grew in size on the amount of monies being sent to him and to NCPA. Attorney Matthew M. Robinson was to represent me in court. This is actually the year 2019 but it is going by 2014. That bitch mother of mine I have knowledge she is behind my murder. This is a high profile murder. Mr. Robinson: Brandt, P.S.C. Attorneys at Law 629 Main Street Suite B Covington, KY 41011 (859)-581-7777 main 859-581-5777-Fax. OK I have been under extreme torture at the hands of Federal, State, Local Guards, staff here in VA for going on 6 damn years for no damn reason. Torture is illegal. I have been on 5 point bed straps, 5 point ambulatory chain restraints for damn near 2,000 days while under heavy sedation, I did wake-up for short periods, illegally moved to different torture units. I remember inside of all looks of places inside, chemically sprayed, assaulted by guards, assaulted in SEG when got here by LT. King with excessive use of restraints and physical assault by too much use of force on elbow/knees. I know that there is a damn problem. I didn't eat at all during 2,00 days as I was always deep sedated and move illegally and waking up briefly. I gave a tray to my ex-wife Tammy A. Beury she went in cell next to me. I know now she had a hand in this chit. As well as Coltons from Yorktown, VA. As well as Richard and Gloria Warner from Gloucester County, VA, my ex-in-laws. I need to get the hell outta state to testify on criminal and to let the courts know all about this torture. My underwear was always being taken from me and I was always kept in a suicide vest. I am being held hostage by the VA Federal Judiciary's the VA Dept of Corr. I know you can get me off of here but it will take an act of Congress and an all out kill on over 99% of these asshats. There is no business office, records office, warden or asst warden. I asked to speak to a supervisor 2x about doing a lift on a weapon from Kelley Simmons as I was going to be the middle and turn it over to guards cause I know he has it (them) and access to drugs but I wanted to get the go ahead from staff to execute this mission, but they just don't give a flying fuck, so they just blew their chance.

PAGE 3

I don't understand this shit. I know when I get out I need to be placed in a Federal womens only witness protection unit as I cannot be around men as I have been turned-up over and screwed and abused by men. I get along with women so damn well I do not get along with men. When y'all come to lift me bring a lot of men - fire ready, 2 in air. The back gate butts up damn near next to the mountain it is surrounded by mountain and its a one (1) lane road around. The food is so damn piss-poor it doesn't meet RDA guidelines by prison documents make sure I have $100.00 week. I have had no visit in 6 years and the only one visiting was ex-investigator Robert Quade. My State ID # SPIN # doesn't work in phone which is though GTL. I wrote the following Mathew McRobinson attorney as well as the following Gov't Agents about the damn murder for hire as my head has a high price on it and they have had sufficient time to issue transport to undisclosed unit for safety and all above. I don't know what their fucking problem is what I'm telling you is true and accurate. Right hand raised & sworn to oath. I attest to nothing but the truth and the truth only. (1) Central Criminal Records Exchange - Corrinne Geller VA State Police 7700 Midlothian Tnpk Richmond, VA (2) U.S. Attorney Generals office Bicentennial Bldg 7100 Constitution Ave. @ 10th St. NW Washington DC 20530 (3) Commwlths Attorneys office City of Richmond, VA (804) 646-3500 - John Marshall Courts Bldg 400 N. 9th Street Richmond, VA 23219 (4) Federal Bureau of Prisons 320 First Street Washington, DC NW 20534. I have the assumption that there are alot of illegal staff members & inmates and others in the nation using my name James Irvin Taylor - SS# 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 as their alias's. I have only 2 tattoos (1) Bulldog w/ pikes w/ Pure Blood above (R) (2) (L) shoulder cross w/banner w/ Regina Marie in banner. Also 1 scar on top (L) hand and (L) side elbow sewed-up cut from accident that had glass imbed in it in 98 hospital Gloucester, VA day after Thanksgiving. Get me to a fucking court so all of this can be sorted out and clear all these asshole guards from here & get this bitch running properly. I will tell everything I've been through childhood-up to present I'm doing investigation still. Keep damn money on my books. No less than $75.00. I will not be getting legal inquiry as it being taken by staff & destroyed as I have had no update on cases in court just NCPA showing payments w/ Roanoke, VA Indemy mail-out to me. I have proof just got one in mail showing owed you 2 cases. Nothing I can do now keep money on books. I was getting orders every week off of Western Region. There is an actual prison Wallens Ridge State Prison this is an undercover npfc

PAGE 4

As it was a damn new government blue sign showing prison name. It shows coming up small road like regular decent Bed & Breakfast sign. I think this is called Wallens Creek Terrorist Camp all-up here and speak to commissary to make sure they are aware of who I am and that my money comes from the government as all orders are delivered on Mondays. I turned one commissary bubble sheet in last wk for close to $100.00 — my order this I just got somebody is messing with government money and putting it on other account. I know who the hell I am I am a federal government official placed in prison when I shouldn't of never of been. I am being held against my will and have and will continue investigation on this prison everything I find and know will be brought forth to government. There is no hot water in sink to cook with but I've got a stinger which does the job. The officers who are here working illegally or whatever the case(s) are being forced to work damn near 5-7 days 12 hr shifts. I don't think they are getting compensated. There is also people trying to do legal work for other inmates for compensation and they primarily cite on documentation. These damn courts are a fucking riot with lawyers charging $40,000 to do a C case and get easy ass sentence or by rap sheet stuff thrown under rug for person who has paid lawyer but with one who is represented by public defender same charges gets life while other gets 7years, 3years, 1year.

Robin Vanderwall, Miguel Chavez — VA Beach same type charges primarily but Miguel had motel, condoms, rode bus from New York 2 4,2 girls underaged look at file - proven fact. These assholes in prison do not learn from their mistakes. I know for a fact our suspect guard was bringing different items to my cell-pastries James Wall in 2A01 in 2006 black women. They be making wine, shanks, getting gang related tattoos. The schools & religious programs do not need to be run it don't do a damn but give gang members to meet with their buddies from other bldgs and to pass shit out. A riot or attack can happen at any given time as it is only limited watch over programs and no staff availability for crowd or movement control. It is just not enough manpower. Also this pay for inmates for school is bullshit as well as this free no taxes undercover pay for workers (inmates). Inmates need to come out of kitchen as knives & food items disappear and are sold on compound - fact. I know all of this plus I've been cocked-up since August 18th 2004 11:07pm give or take. Inmates can get commissary when family & friends send money to buy hygiene, writing material, food to eat like soups which

NEXT PAGE

You need a stinger for my ale not mad to use awl easy to make. We can get maintence to make them & sell or supply Better yet 1 per cell if it breaks or quits working write maintence to fix or replace they are extremely cheap to make. This prison needs to be turned into a maximum security prison (1) There is no card going to top bunks on this compound. Violation (2) No hooks to hang towels or clothes violation (3) Pest problem - maintence notified by c/o miles but they refuse to come spray Violation (4) No storage boxes just bags to place commissary and personal items in violation (5) No blanket exchange - violation. (6) Layout of prison design overall major violation (7) The food is not proper in weight or calories and noone eats a majority of it. It gets discarded a majority of times. (8) Commonfare diet - cereal, raw oatmeal, 2 slices old bread & of jelly & butter 7 days week - violation. But there is no need to have religious diets cause all these assholes are trying to do is get on it for the peanut butter/jelly & tunafish-trays. Only entree 3x week dinner is rice brown with lil meat & supposed to be warm but is served cold. All that is accompanying on trays are w/ commonfare is shredded cabbage, 4 slices stale bread, casseus cottage cheese 2x week. This place is so fucked up. Pull Chelsea Coxtons profile on CCKe she is wanted I know. (9) In bldg staff only gives about 4 minutes to eat before picking up trays (10) Also ~~[scratched out]~~ call up here and tell them to withdraw all medication that they bring over in mornings for me and tell them to cancel my orders it is not needed as I don't take it and get them to fax ypo a copy of all medications they were trying to give me and tell these motherfucking illegally hired nurses if they pack 1 more medication envelope its their ass. (11) Phycolgyst prescribing inmates medication (crazy pills) just to suffice them so the state can pay the bill as Pshcotropic drugs are paid for by the government and cine a coldwamo they colony with these assholes a lot of them are selling their medications saving pills to take and try to get a high on what not. This is not just at this prison its at all prisons. (12) There is no need to transport these assholes prison to prison its a waste of taxpayers & government dollars & guards safety. There is no need for security levels a prison is a prison. TV in cell is fine. There is to many single cells as medical and its damn near full. Check CCke & Profile on Richard 'Glor.c' Warner from Beasley DR Gloucester County, VA - O'll Tel# 804-693-2999 - check disability records check over →

(PAGE 6)

, SHE HAS no damn disibility except smoking weed and blowing smoke into a dogs
with through teeth. —CARE BEARS they also called nigga/her nigger. Well GET A
unit to pick me up as this is a fucking Extreme high profile Murder for hire
in letting government watch all the damn footage of my torture & press charges
Im not hard to get along with what I want 1st thing smoking Before getting hardy
speak is a small meal with sweet tea w/ lemon and frosty or ice cream. I will not
getting incomming legal cause I know its being opened/read/destroyed by No others here
Chad & Gloria Warner as He used to walk with a damn Big fat limp and worked
VDOT in Gloucester County, VA and all of a Sudden He is Here with No damn limp
& I saw Him with VISPI at a Location under torture think Dulles Bridge I saw
residential plane, glass cases out of door, Sniper under My Bed with Rifles & guns
still out of tray slots coming-being Brandivy.34 with Chopper outside of window
large in color-Looked like JR Corten right on window. Dolphins on window
Room I was handcuffed to Bed And saw Sandra Day O'Conner with Briefcase & door
while open But SHE never Entered for safety reasons. There is cameras everywhere
video JUST needs to be pulled. I was thrown on bus at Powhatan and damn
hit Head Neck passes left. All due to Fact the Guards were trying to
keep me from ms colon at Powhatan Medical B/P Severely elevated then they were
bull about getting my medicine or dr attention they got pissy either colon or Her
Sister got medication off of Bus and gave to me Before had they try to manhandle
me from front of van to stop me getting medical attention. Also there is one Guard Here
that might can get off scott Free But needs investigation and if flys needs federal Strikeforce
/O D.R. Holman He can give you names of who might Pass for Job Qualifications
legitly. I am Here in Cell # C212 Holding on.
whatever it takes to clear In Torture Still
my name of this shit by DNA
TC. I am who you think Pure Blood Seal
I am I am Top Shit
- Have got to get James Irvin Taylor SSN# 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
to A Count or Federal Biz out west to speak DOB- 8/4/1979
& Top Government Agents,
B in The VA Dept of Corrections - my life & its property Here in Virginia.
Their cases and issues can be heard. This is a murder for hire.

CLASSIFIED INFORMATION

IN TORTURE IN STATES

SEAL 8

URGENT MATTER NEED RIDE
TO BASE

OUT X/2X/C 5H/POPCORN 1286